IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CASE NO. 1:10-CV-108-WKW [WO]
| EAGLE AVIATION ACADEMY, LLC, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, AJUDGED, and DECREED that

(1)     Judgment is ENTERED in favor of Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and against Defendants Eagle Aviation Academy;

(2)     National Union Fire Insurance Company has no obligation to extend coverage for physical damage to one Bell UH-1 Huey helicopter sustained on December 23, 2009, pursuant to Eagle Aviation Academy's Insurance Policy No. AV 3789892-02; and

(3)     Judgment is ENTERED in favor of Counterclaim Defendant National Union Fire Insurance Company, and against Counterclaim Plaintiff Eagle Aviation Academy.

DONE this 23rd day of November, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE